UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 30, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
         Plaintiff, )
v. )
       )
Saddam Diaz, )
         Defendant. )

Case No. 2:08-mj-368 EFB

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _Saddam Diaz_ Case _2:08-mj-368 EFB_ from custody ~~subject to the conditions contained in the attached "Notice to Defendant Being Released"~~ and for the following reasons:

   \_   Release on Personal Recognizance

   \_   Bail Posted in the Sum of _____

   \_   Unsecured bond in the amount of

   \_   Appearance Bond with 10% Deposit

   \_   Appearance Bond secured by Real Property

   \_   Corporate Surety Bail Bond

   X   (Other) _charges dismissed_

Issued at _Sacramento, CA_ on _10/30/08_ at _3:00 p.m._

By _/s/_
Kimberly J. Mueller,
United States Magistrate Judge